**United States District Court**
For the Northern District of California

\*\* E-filed May 20, 2010 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB TRAGNI and WILLIAM T. BARROW, as trustees of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH and WELFARE and PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>    Plaintiffs,<br>  v.<br><br>ASHBURN ELECTRICAL CONTRACTORS, INC. a California Corporation,<br><br>    Defendant.<br>_____/ | No. C10-00943 HRL<br><br>**ORDER (1) VACATING THE INITIAL CASE MANGEMENT CONFERENCE AND (2) SETTING SHOW CAUSE HEARING RE: SETTLEMENT**<br><br>[Re: Docket No. 8] |

Plaintiff advises the court that the parties have entered into a settlement in the above-entitled action and requests that the court continue the Initial Case Management Conference until August 24, 2010. Good cause appearing, the Initial Case Management Conference, currently set for May 25, 2010, is vacated. On or before **September 7, 2010**, plaintiff shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **September 14, 2010 at 10:00 a.m.** and show cause, if any, why the case should not be

dismissed.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: May 20, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1 **C10-00943 HRL Notice will be electronically mailed to:**

2  Sue Campbell      suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

3 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**